UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr4341 JM |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER RE RULE 17 SUBPOENA TO WILLIAM LEONARD, TRUSTEE FOR |
| LEWIS DONALD GUESS, | ) ) | XELAN, INC. [Docket No. 36] |
| Defendants. | ) ) | |

Based upon the joint motion of the United States and Defendant Lewis Donald Guess, IT IS HEREBY ORDERED that the United States may, pursuant to Federal Rule of Criminal Procedure 17(c), issue a subpoena to William Leonard, Trustee for Xelan, Inc. The subpoena shall seek the production of the original binder containing the corporate records of Xelan, Inc. The subpoena shall also instruct William Leonard to deliver the original binder to the Chambers of the Honorable Jeffrey T. Miller, United States Courthouse, 940 Front Street, San Diego, California 92101 on or before November 30, 2009. When the binder arrives, the court will release the original binder to counsel for the United States.

Upon receipt of the original binder, the United States shall promptly provide a bate-stamped copy of the binder to Guess' counsel.

IT IS SO ORDERED.

DATED: November 6, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge