

1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,          )    Criminal Case No. 08CR4341-JM
                                        )
11 |                       Plaintiff,   )    Date:  June 14, 2010
                                        )    Time:  9:00 a.m.
12 | v.                                 )    Place: Courtroom 16
                                        )
13 | L. DONALD GUESS,                   )    The Honorable Jeffrey T. Miller
                                        )
14 |                       Defendant.   )    **ORDER COMPELLING TESTIMONY**
                                        )    **OF CRAIG BOROS**
15 |                                    )
                                        )
16 | _____)

17          This matter comes before the Court upon motion of the Attorney for the United States, Acting

18  Under Authority Conferred by 28 U.S.C. § 515, for the Southern District of California, to compel the

19  testimony of **Craig Boros**.

20          IT APPEARING to the satisfaction of the Court that:

21          1.      **Craig Boros** has been called to testify or provide other information before this Court in

22  a trial in this case;

23          2.      In the judgment of the Attorney for the United States, Acting Under Authority Conferred

24  by 28 U.S.C. § 515, **Craig Boros** is likely to refuse to testify or provide other information on the basis

25  of this witness' privilege against self-incrimination;

26          3.      In the judgment of the Attorney for the United States, Acting Under Authority Conferred

27  by 28 U.S.C. § 515, the testimony or other information from **Craig Boros** may be necessary to the public

28  interest; and

4.      The aforesaid motion to compel testimony has been made with the approval of the Deputy Assistant Attorney General in charge of the Tax Division of the Department of Justice, or an appropriate Deputy Assistant Attorney General of the Criminal Division, pursuant to the authority vested in such person by 18 U.S.C. § 6003 and  28 C.F.R. § 0.175.

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. §§ 6002 and 6003, that **Craig Boros** give testimony or provide other information which this witness has refused or is likely to refuse to give or to provide on the basis of this witness' privilege against self-incrimination, as to all matters about which this witness may be interrogated before the Court and any further proceedings resulting therefrom or ancillary thereto.

IT IS FURTHER ORDERED, that no testimony or other information compelled under this Order, or any information directly or indirectly derived from such testimony or other information, may be used against **Craig Boros** in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this Order.

DATED: _6/15/10_ .

HONORABLE JEFFREY T. MILLER
UNITED STATES DISTRICT COURT

2                                                    08CR4341-JM